# EXHIBIT A

**July 12-16, 2013**
Jacob Javits Convention Center • New York, NY

TO PURCHASE TICKETS VISIT **THE CITI FIELD BOX OFFICE** OR CALL **1.888.FANFEST**




ALLSTARGAME.COM

---

# TAKE $5 OFF! TICKETS*

| | |
|---|---|
| Adults | $35 |
| Children (12 and under) | $30 |
| Children (under 2) | Free |
| Seniors (65 and over) | $30 |
| Military & College | $30 |

For information on how to save on our
**EAT & PLAY COMBO**
and
**T-Mobile All-Star FanFest Family Package Discounts** please visit

ALLSTARGAME.COM
or
**CITI FIELD BOX OFFICE**
or by calling
**1.888.FANFEST**



## PLEASE USE THIS COUPON TO SAVE $5

Call 1-888-FANFEST or visit allstargame.com for tickets or REDEEM THIS COUPON **AT THE FANFEST BOX OFFICE**
(During Regular Showtimes Only)

*ALL ATTRACTIONS ARE FREE WITH THE PRICE OF ADMISSION.
*Food and beverages are included with the Eat and Play Combo only*

**CODES ★ Adults – FFBA ★ Children - FFBC**

See inside for details. Discount cannot be combined with any other offer.
©2013 Major League Baseball Properties, Inc. All rights reserved. Major League Baseball trademarks and copyrights are proprietary to MLB entities. Visit MLB.com

---

**OVER 450,000 SQ. FEET OF FUN**


National Baseball Hall of Fame and Museum Exhibits

The Diamond

Batting Practice Cages

## T-MOBILE ALL-STAR FANFEST LEGENDS PROGRAM™

### FREE AUTOGRAPHS EACH DAY

Free Autographs from *Major League Baseball* legends and members of the National Baseball Hall of Fame and Museum

Some past Legends who have appeared
- Andre Dawson (HOF)
- Fergie Jenkins (HOF)
- Josh Hamilton
- Lance Berkman
- Lou Brock (HOF)
- Miguel Cabrera
- Rollie Fingers (HOF)


Miguel Cabrera


Rollie Fingers

Visit ALLSTARGAME.COM for an updated schedule of appearances and autograph sessions

*All appearances are subject to change*



# July 12-16, 2013
## Jacob Javits Convention Center





## FANFEST EAT & PLAY COMBO $130

Purchase your Eat & Play Combo now and join in the fun this JULY! Bring the entire family for some non-stop baseball fun! Take advantage of this **LIMITED TIME SPECIAL OFFER (online only)** a **25% SAVINGS** and receive:

- **FOUR (4)** T-Mobile All-Star FanFest Tickets
- **FOUR (4)** Hot Dogs
- **FOUR (4)** Sodas




## FANFEST FAMILY PACKS

The Family Packs are a great way to bring your entire family at a discounted rate. Enjoy all the sights and sounds of the largest interactive baseball theme park in the world.

- **FOUR PACK**    (2) Adult  &  (2) Children    **$110**
- **FIVE PACK**    (2) Adult  &  (3) Children    **$135**
- **SIX PACK**    (2) Adult  &  (4) Children    **$160**
- **SEVEN PACK**  (2) Adult  &  (5) Children    **$185**

## A HOME RUN FOR THE WHOLE FAMILY!

TO PURCHASE TICKETS VISIT **AllStarGame.com**

OR GO TO **THE CITI FIELD BOX OFFICE** OR CALL **1.888.FANFEST**



## LIVE OUT YOUR BASEBALL DREAMS

This July you can experience *Major League Baseball* in ways you've only dreamed about. The 2013 *T-Mobile All-Star FanFest* is the largest interactive baseball theme park in the world, and the best part is every attraction is included with the price of admission!



## BUY ONE GET ONE FREE FRIDAY

Discounted Adult Tickets @ **$30**, Receive a Second Ticket **FREE!** FRIDAY ONLY



## 2 FOR TUESDAY

2 Discounted Adult Tickets @ **$30** Receive 2 Additional Tuesday Tickets **FREE!** TUESDAY ONLY