# EXHIBIT B

## 2013 MLB T-MOBILE ALL-STAR FANFEST

- FanFest Tickets
- Frequently Asked Questions
- FanFest Attractions
- Javits Center Directions
- Sponsorship Opportunities
- Dealer Opportunities
- Contact Us
- Printable FanFest Brochure
- Printable FanFest Map
- Players Scheduled to Appear
- Theme Days & Giveaways

## HEADLINES

- In duel, AL prevails over NL to earn home field
- In fitting close, All-Star MVP hardware for Mo
- Past, present and future on display at All-Star Game
- Selig answers fans' questions at Town Hall
- Farewell to arm: Mo continues to inspire

## PRESS RELEASES

- $529,000 raised for charity through Chevrolet Home Run Derby
- Balfour, Holland, McCann named to All-Star rosters
- Mark Melancon, Sergio Romo named National League All-Stars
- Take the train to the game for All-Star events at Citi Field
- Hall of Famer Tom Seaver named Grand Marshal of MLB All-Star Red Carpet Show



## ALL-STAR GEAR


**T-shirt**


**Cap**

**Women's T-shirt**


**Polo Shirt**

SHOP NOW

## CONNECT WITH THE ALL-STAR GAME

### ADMISSION

**Q: Does my ticket allow me to re-enter Major League Baseball All-Star FanFest after I leave?**
A: There is no re-entry.

**Q: Can I bring outside food into Major League Baseball All-Star FanFest?**
A: Outside food cannot be brought into Major League Baseball All-Star FanFest. Concession stands and vending machines are available inside the event.

**Q: Can bats be brought into Major League Baseball All-Star FanFest?**
A: Bats will not be allowed into the event.

**Q: Can I enter Major League Baseball All-Star FanFest at another time other than what my ticket states?**
A: Fans may enter the event after the stated time on the ticket. However, fans may not enter Major League Baseball All-Star FanFest prior to the stated time on the ticket. For example, fans holding a Sunday ticket with an entry time of 12:00pm may enter anytime on Sunday after 12:00pm.

**Q: What day of the week is best to visit?**
A: Saturday and Sunday are the busiest days. Please consider attending Major League Baseball All-Star FanFest on a weekday.

**Q: What are the event hours?**
A: 9:00AM – 8:00PM from Friday, July 12th – Monday, July 15th and 9:00AM – 6:00PM on Tuesday, July 16th.

### ATM

**Q: Are there ATMs inside Major League Baseball All-Star FanFest?**
A: Bank of America ATMs will be available throughout the show floor.

### AUTOGRAPHS

**Q: Can I bring personal items for autographing into Major League Baseball All-Star FanFest?**
A: Smaller items such as baseball cards and baseballs are allowed, but autographs are limited to one per person. Items to be signed by players are subject to change based on player restrictions.

**Q: Will we be able to meet players?**
A: The Live Radio Autograph stages are great places for you to meet former players and get free autographs. In addition, we've had many current players participate at previous Major League Baseball All-Star FanFest events including Josh Hamilton, Justin Upton, David Ortiz, Derek Jeter, David Wright, Jose Bautista, Jose Reyes and Nick Swisher among others. These players have hosted clinics on the Diamond, held Q & A sessions in the All-Star Clubhouse and more.

**Q: When do we know which players will be signing/appearing at All-Star FanFest?**
A: Prior to the event, the Legends schedule will be available on allstargame.com. It will highlight player appearances and autograph session days and times.

### FOOD AND DRINKS

**Q: What type of food will be offered at the concession stands?**
A: Traditional ballpark fare such as hot dogs, hamburgers, popcorn, pretzels and more!

### PAYMENT TYPES

**Q: Are credit cards accepted?**
A: Credit cards will be accepted at the Box Office, MLB Clubhouse Store and at various concession stands and vendors. Look for the MasterCard logo, the preferred card of Major League Baseball, at these locations.

### PHOTOGRAPHY

**Q: Are cameras and video cameras allowed into All-Star FanFest?**
A: Yes, fans are encouraged to bring cameras and video cameras to capture moments and share with family and friends.

### TICKETS

**Q: Are discounted tickets or family packages offered?**
A: Yes, we offer discounted tickets to children (12 and under), seniors (65 and over), college and military personnel as well as Family Pack and Super Value Pack Discounts. Click here to purchase tickets. Check out our Facebook and Twitter pages periodically for special deals!

**Q: Is my ticket good for one day or all event days?**
A: Each ticket is good for the day that is stated on the ticket.

**Q: What does my ticket entitle me to?**
A: Your ticket entitles you to the interactive attractions & professional clinics on the Aquafina Diamond, free autographs from Major League Legends and the many giveaways from corporate partners of Major League Baseball. All activities are included in the price of admission with the exception of souvenirs and food & beverage.

**Q: Where can I purchase tickets to All-Star FanFest?**
A: All-Star FanFest tickets can be purchased through the Citi Field box office, at Javits Center during All-Star FanFest show days (based on availability) or online at allstargame.com. Click here to purchase tickets.

**Q: Do I need a ticket for a 2 year old child?**
A: Yes, children two and over will need to purchase a ticket for the event. Children's tickets are $25 for one day admission, but we also have Family Packs and Super Value Pack Discounts that will provide additional savings.

### VOLUNTEERS

**Q: How many volunteers are needed?**
A: Approximately 2,000 volunteers are needed to represent New York by welcoming our guests from around the world and assisting in the smooth operation of all the events.

**Q: What types of volunteer opportunities are there?**
A: Volunteer opportunities range from Major League Baseball All-Star FanFest, hospitality, event logistics, community events and transportation.

**Q: What is the volunteer registration process?**

A:  Once you have completed a satisfactory background check, you will be invited by email to create a profile online and to attend a volunteer information session in late May/early June. You will then be notified of your acceptance and sent a link to the volunteer management system online to sign up for the specific dates and times you can work during All-Star Summer. This information will then be processed and you will receive your confirmed work schedule and orientation information.

**Q: Can I volunteer for both MLB All-Star FanFest and other MLB events?**
A:  You may work different events during All-Star, however if you select All-Star FanFest you can only select jobs within that event.

**Q: Are there any requirements to volunteer?**
A:  Yes. All volunteers must be 18 years of age by June 30, 2013, must sign a release of liability and eligibility form and must pass a background check to the satisfaction of MLB. A valid driver's license or state identification may be used as proof of age. Volunteer opportunities will be provided on an equal basis without regard to age, sex, race, religion or disability.

**Q: When will I know if I have been selected to be a volunteer?**
A:  After a satisfactory completion of your background check, you will be invited to attend the volunteer information session in late May/early June. All selected volunteers will be notified of their acceptance following the information session and sent an online link to sign up for the specific dates and times you can work.

**Q: What type of training is provided to a volunteer?**
A:  All selected volunteers will be required to attend at least one orientation session pertaining to the event(s) for which they are assigned. Most training sessions will take place in the morning and/or evening in early July. If you are selected, orientation information will be sent to you.

**Q: What if a volunteer cannot attend Orientation event?**
A:  If you are selected, attendance to orientation is required in order to volunteer. If you cannot attend orientation, you unfortunately will not be able to volunteer.

**Q: What if a volunteer cannot attend their assigned event?**
A:  If, after you attend orientation, you cannot attend your assigned event, you will need to let us know so we can schedule another assignment that fits your schedule.

**Q: Does Major League Baseball provide parking and transportation to shifts I volunteer to work?**
A:  No.  Volunteers are responsible for providing their own transportation.  We do suggest that you take mass transit to events you are scheduled to work.

**Q: Can you be a volunteer if you do not live in New York?**
A:  Yes, while the intent of the volunteer program is to build local excitement and involvement for the All-Star Summer experience, we also want baseball fans from all over to have the chance to volunteer. We need both local residents as well as individuals from out of town to complete the volunteer pool.

**Q: Are there any volunteer positions at Citi Field?**
A:  Volunteers will not be needed to work the Home Run Derby or All-Star Game.  However, there are positions available related to these events **prior** to the event dates.

**Q: If I volunteer, is there a chance that I will get All-Star Game tickets?**
A:  All volunteers will have an opportunity to win one pair of All-Star Game tickets.  To be eligible, you will be required to work three shifts at any of the All-Star events. Volunteers also have the opportunity to experience All-Star Week at All-Star FanFest, as your volunteer credential allows you access to the show at times you are not required to work.

**Q: Do volunteers receive uniforms?**
A:  Volunteers will be provided with a shirt, cap and cinch drawstring backpack. Volunteers can wear sneakers during working hours and khaki shorts or pants.

**Q: How many days are volunteers required to work?**
A:  Volunteers will be asked to work three shifts/days. Volunteer shifts are determined by your availability for specific days.

**Q: Will volunteers have an area to store personal belongings?**
A:  There will not be a secure location to store belongings. Volunteers will be provided a cinch drawstring backpack where they should keep all of their personal belongings.

MLB

New York Mets

**SIGN UP FOR THE ASG NEWSLETTER**

E-mail: [        ]
Create Password: [        ]
Birthday: [- m ▼] [- dd ▼] [- yy ▼]
Zip Code/Postal Code: [        ]

By registering I agree to the MLB.com Privacy Policy & Terms of Use.

[Register]