# EXHIBIT C

Hi! Sign in or register | Daily Deals | Sell | Customer Support | BLACK FRIDAY COUNTDOWN | My eBay | Cart



Shop by category | [All Categories ▼] | Search | Advanced

Back to home page | Listed in category: Sports Mem, Cards & Fan Shop > Fan Apparel & Souvenirs > Baseball-MLB

Bidding has ended on this item.

## More chances to get what you want

Feedback on our suggestions

    

| MLB TORONTO 1991 ALL STAR GAME,... | Official 7 1/2 MLB 2013 All Star Game... | 2008 Official Major League Baseball... | 2008 Official Major League Baseball... | 2013 MLB All Star Game BP Home Run... |
|---|---|---|---|---|
| $34.95 | $35.00 | $30.00 | $25.00 | $59.99 |
| 0 bids | 0 bids | 0 bids | 0 bids | Buy It Now Free shipping |

## Sponsored Links

    

| MLB 2013 All-Star Game Commemorative | MLB 2013 All-Star Game Official Home... | MLB 2013 All-Star Game Limited... | Mariano Rivera - 2013 MLB All-Star... | MLB - 2013 All-Star Game Framed 15x17... |
|---|---|---|---|---|
| $74.99 | $124.99 | $109.99 | $149.00 | $109.99 |
| + $7.28 Shipping | + $6.95 Shipping | + $10.29 Shipping | + $9.80 Shipping | + $4.99 Shipping |
| Official MLB Shop | Official MLB Shop | Official MLB Shop | Danbury Mint | Walmart.com |




Mouse over image to zoom

### 2013 MLB All Star Game & Fanfest souvenirs (hat, shirt, balls, bottle, cup, etc)

| | |
|---|---|
| Item condition: | -- |
| Ended: | Jul 23, 2013 18:07:16 PDT |
| Winning bid: | US $41.00 [ 14 bids ] |
| Shipping: | $16.85 Expedited Shipping \| See details |
| | Item location: Rego Park, New York, United States |
| | Ships to: Worldwide |
| Delivery: | Estimated within 4 business days |
| Payments: | PayPal \| See details |
| Returns: | 14 days money back, buyer pays return shipping \| Read details |
| Guarantee: | Learn more |
| | Get the item you ordered or get your money back. |

**Seller information**
chen12 (2369 )
100% Positive feedback

☐ Follow this seller

See other items

Have one to sell? Sell it yourself

| Description | Shipping and payments | | Print \| Report item |

eBay item number: 390628840956

Seller assumes all responsibility for this listing.

Last updated on  Jul 18, 2013 19:38:33 PDT  View all revisions



You are bidding on the following items from the 2013 All Star FanFest:
- volunteer t-shirt (size M)
- volunteer cap
- lanyard
- water bottle
- "Thank You for being an All Star" baseball
- Chevy All Star Game baseball
- Military Appreciation Day patch
- baseball glove pin
- Red Carpet Show pin

Also included are the following items from the 2013 MLB All Star Game:
- souvenir soda cup
- Bank of America "We support our troops" bracelet

Shipping within the US is $16.85.

Only payment through Paypal is accepted.

| Questions and answers about this item |
|---|
| No questions or answers have been posted about this item. |
| Ask a question |

00219

## See what other people are watching

Feedback on our suggestions


ST. LOUIS CARDINALS ~ Official MLB Fine...
$19.90
Buy It Now
Free shipping


Texas Rangers Logo Collectors Pin # 2 SGA
$5.99
Buy It Now
Free shipping


NEW ERA 59FIFTY WBC NETHERLANDS FITT...
$34.99
Buy It Now
Free shipping


MLB Boston Redsox Embroidered Full Zip...
$39.99
Buy It Now
Free shipping


Authentic Team Tackle Twill Football...
$8.00
Buy It Now



AdChoice

Back to home page                                                                                                    Return to top

More to explore :    All Star Fanfest ,    All Star Game Ball ,    All Star Game Shirt ,   2012 MLB All Star Game ,   2012 MLB All Star Game Tshirts

Community        About eBay      Announcements         Security Center       Resolution Center      Seller Information Center      Policies      Site Map      eBay official time      Preview new features
Contact us      eBay Talk      Tell us what you think

Copyright © 1995-2013 eBay Inc. All Rights Reserved. User Agreement and Privacy Policy.

Hi! Sign in or register     Daily Deals     Sell     Customer Support     BLACK FRIDAY COUNTDOWN     My eBay

ebay  Shop by category

All Categories ▼     Se

Back to home page  |  Listed in category:   Sports Mem, Cards & Fan Shop  >  Cards  >  Baseball

Bidding has ended on this item.

## 2013 Topps Baseball Complete Set All Star Game edition + Fanfest bear/ball/etc  See original listing



| | |
|---|---|
| Item condition: | **Brand New** |
| Ended: | Jul 24, 2013  10:41:33 PDT |
| Winning bid: | US **$53.64**  [ 14 bids ] |
| Shipping: | **$12.35** Expedited Shipping |
| Item location: | Rego Park, New York, United States |
| Seller: | chen12 (2369    )  |  Seller's other items |

Sell one like this



### More chances to get what you want

Feedback

    

| 2011 TOPPS BASEBALL COMPLETE FACTORY... | 1975 Topps Near Complete Baseball... | (50)ct lot ALL STARS etc NM 1972 Topps... | 1973 Topps Baseball partial set (236)... | LOT (267) 1967 BASEBALL STAR... |
|---|---|---|---|---|
| $49.95 | $39.99 | $40.00 | $40.00 | $67.01 |
| Buy It Now | 1 bid | 0 bids | 0 bids | 17 bids |
| Free shipping | | Free shipping | Free shipping | |

## Description

eBay item

Seller assumes all responsibility for this listing.

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | Brand New: An item that has never been opened or removed from the manufacturer's sealing (if applicable). Item ... Read more | Year: | 2013 |
| Product: | Set | | |

You are bidding on a complete set of 2013 Topps Baseball All Star Game edition.

You are also bidding on the following items from the All Star Fanfest:
- bean bear
- mini foam finger
- Chevy All Star Game baseball
- Red Carpet Show pin

S/H within the US is $12.35.

Only payment by Paypal is accepted. Payment is expected within 7 days.

### Questions and answers about this item

No questions or answers have been posted about this item.

Ask a question

00096

## Sponsored Links



American League 2013 All-Star Game...
**$109.99**
+ $8.99 Shipping
Official MLB Shop



National League 2013 All-Star Game...
**$109.99**
+ $8.99 Shipping
Official MLB Shop



MLB 2013 All-Star Game Limited...
**$109.99**
+ $10.29 Shipping
Official MLB Shop



2013 Topps Baseball Hobby Factory Set
**$64.99**
+ $7.28 Shipping
Official MLB Shop



MLB 2013 All-Star Limited...
**$89.99**
+ $8.99 Shipping
Official MLB Shop



Back to home page

Related buying guides :   2006 Topps Turkey Red Baseball Review,   Late 1980's & Early 1990's Junk Era Baseball Cards,   2006 TOPPS TURKEY RED BASEBALL REVIEW,   2006 Topps Allen and Ginter Baseball Short Prints (SPs),   A Guide to 1970-1974 Topps Baseball Cards

More to explore :   All Star Fanfest,   All Star Game Ball,   2012 MLB All Star Game Baseball,   1976 Topps Baseball Complete Set,   2012 All Star Game Ball

Community    About eBay    Announcements    Security Center    Resolution Center    Seller Information Center    Policies    Site Map    eBay official time    Preview new features    Contact us    Tell us what you think

Copyright © 1995-2013 eBay Inc. All Rights Reserved. User Agreement and Privacy Policy.