

Proskauer Rose LLP   Eleven Times Square   New York, NY 10036-8299

December 3, 2013

Elise M. Bloom
Member of the Firm
d 212.969.3410
f 212.969.2900
ebloom@proskauer.com
www.proskauer.com

**BY ECF**

The Honorable John G. Koeltl
United States District Court Judge
United States District Court for the
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re:   *Chen v. Major League Baseball, et al.* No. 13 Civ. 5494 (JGK)

Dear Judge Koeltl:

    We represent Defendants Major League Baseball Properties, Inc. and The Office of the Commissioner of Baseball d/b/a Major League Baseball (collectively referred to hereinafter as "Defendants") in the above-referenced matter. We write in response to Plaintiff's letter, dated November 25, 2013, requesting that the Court deny Defendants' motion to dismiss as moot based on the First Amended Class Complaint, which was filed with the Court and served on Defendants by U.S. and electronic mail on November 25, 2013.

    Defendants have reviewed the amended complaint and do not believe that it cures the legal deficiencies that existed in the previous version. Accordingly and as discussed during the October 7, 2013 conference, Defendants intend to move to dismiss the amended complaint by December 12, 2013.

Respectfully Submitted,

s/ *Elise M. Bloom*

Elise M. Bloom

cc:   Justin M. Swartz, Esq.
      Juno Turner, Esq.
      Mark Batten, Esq.
      Joshua Fox, Esq.
      Seth Kaufman, Esq.