# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

JOHN CHEN, on behalf of himself and all others similarly situated,

(List the full name(s) of the plaintiff(s)/petitioner(s).)

13 CV 5494 ( JGK )(    )

-against-

**NOTICE OF APPEAL**

MAJOR LEAGUE BASEBALL PROPERTIES, INC. and THE OFFICE OF THE COMMISSIONER OF BASEBALL d/b/a MAJOR LEAGUE BASEBALL,

(List the full name(s) of the defendant(s)/respondent(s).)

Notice is hereby given that the following parties: Plaintiff-Appellant John Chen, on behalf of himself and all others similarly situated.

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the ■ judgment ☐ order entered on: March 26, 2014

(date that judgment or order was entered on docket)

that:

(If the appeal is from an order, provide a brief description above of the decision in the order.)

April 23, 2014
Dated

Signature

Swartz, Justin M.
Name (Last, First, MI)

Outten & Golden LLP, 3 Park Ave., 29th Floor, New York, NY 10016
Address       City       State       Zip Code

(212) 245-1000                    JMS@outtengolden.com
Telephone Number                  E-mail Address (if available)

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13